UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
7/10/2023
BY _____ lAw
DEPUTY CLERK

BRIAN FOLKS,                    )
         Movant                 )    Crim. No. 2:16-cr-94
                                )
v.                              )    Civ. No.
                                )
UNITED STATES OF AMERICA,       )
         Respondent             )

## MOTION REQUESTING LEAVE OF COURT TO REQUEST DISCOVERY

NOW COMES, Brian Folks, Movant, a pro-se litigant moving this court, pursuant to Rule 6(a) of the Rules Governing Section 2255 Proceedings, to grant leave to conduct discovery and to appoint counsel during the course of that discovery.

Rule 6(a) states, in part:

> A judge may, for good cause, authorize a party to conduct discovery under the federal rules of... Civil Procedure... [and] if necessary for effective discovery, the judge must appoint an attorney for a moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A.

Contemporaneously with the filing of this motion, Mr. Folks is requesting an evidentiary hearing to further develope the claims of Ineffective Assistance of Counsel raised in his § 2255, and is requesting to remove protection orders that are currently in place that is hindering him access to several documents that would aid him in this § 2255 motion. Consistent with that intent, Mr. Folks is seeking any and all communications between himself, trial counsel, and appellate counsel (including, but not limited to letters, e-mails, recorded phone-calls, etc.) as well as any notes and work products developed by counsel throughout the course of Mr. Folks' criminal case. Further,

(1)

Motion for Discovery

Mr. Folks will be seeking the aforementioned material that is currently under a protection order.  The need for this discovery is great as most of his case relies on his claims of negligence of counsel, and it is through this material, among other material, that Mr. Folks can fully support his various allegations.

If the court grants this motion in favor of Mr. Folks, Mr. Folks further requests an attorney to assist during this discovery.  Due to the complexity of the case, the complexity in obtaining this discovery, especially considering the fact that he is incarcerated, appointment of counsel should weigh in his favor.  And, depending on whether the court grants Mr. Folks' request for an evidentiary hearing, and subsequent appointment of counsel therein, Mr. Folks requests that a single attorney be provided for both the evidentiary hearing and the discovery.

Brian Folks
FCI Butner Medium II
PO Box 1500
Butner, NC 27509

(2)

Motion for Discovery